**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PACIFIC MARKET INTERNATIONAL, LLC AND PMI WW BRANDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 26-cv-03470 |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs, PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS, LLC (together, "Plaintiffs"), respectfully submit this application to file under seal the following documents until the hearing on Plaintiffs' Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court:

(1)     Plaintiffs' Schedule A attached to the Complaint, which identifies and includes a list of Defendants' online marketplace websites (the "Defendant Internet Stores") and the usernames for the Defendant Internet Stores;

(2)     Screenshot printouts showing the active Defendant Internet Stores (Exhibit 3 to the Declaration of Shanna A. Lehrman); and

(3)     Results from Panoramic Consulting Ltd.'s investigation of all Defendant Internet Stores' seller names, URLs, addresses, and phone numbers (Exhibit 1 to the Declaration of Yingchun Hou).

1

Plaintiffs have provisionally filed the documents unredacted under seal pending the Court's determination of this motion.

In this action, Plaintiffs are requesting *ex parte* relief based on claims for trademark and design patent infringement. Sealing the requested documents is necessary to prevent the Defendants from learning of these proceedings prior to the entry of a temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying lawsuit and would interfere with this Court's power to grant relief. Once a temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will move to unseal these documents.

Therefore, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file their Schedule A attached to the Complaint, Exhibit 3 to the Declaration of Shanna A. Lehrman, and Exhibit 1 to the Declaration of Yingchun Hou under seal. *See, e.g., WowWee Grp. Ltd. v. Meirly,* No. 1:18-cv-00706 (S.D.N.Y. Feb. 5, 2018), Dkt. No. 7 (granting application to seal); *Allstar Mktg. v. _GB Housewear Store,* No. 1:17-cv-07596 (S.D.N.Y. Oct. 12, 2017), Dkt. No. 22 (same); *Spin Master Ltd. v. Alan Yuan's Store,* No. 1:17-cv-07422 (S.D.N.Y. Oct. 13, 2017), Dkt. No. 19 (same); *Kipling Apparel Corp. v. Rhys,* No. 1:16-cv-00990 (S.D.N.Y. Feb. 17, 2016), Dkt. No. 14 (same).

Dated:     April 27, 2026

Respectfully,

*/s/ Christopher Tom*
Christopher Tom, Esq. (S.D.N.Y. Bar No. CT1983)
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
ctom@bsfllp.com

*Counsel for Plaintiffs Pacific Market International, LLC and PMI WW Brands, LLC*

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 29, 2026
        New York, New York