UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC MARKET INTERNATIONAL, LLC *et al.*,

                                        Plaintiffs,

                    -v-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

                                        Defendants.

---

26 Civ. 3470 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A temporary restraining order is presently in place until tomorrow. *See* Dkt. 23. For the reasons set forth on the record of today's conference, the Court hereby extends the temporary restraining order, until May 27, 2026 at 5 p.m. Defendants' opposition to the motion for a preliminary injunction, if any, is due May 21, 2026. Plaintiffs' reply is due by May 26, 2026 at noon. The Court schedules a hearing on the application for a preliminary injunction for May 27, 2026 at 9:30 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

The Court directs plaintiffs to serve this order on defendants by noon tomorrow, May 15, 2026, and to promptly file a declaration on the docket of this case attesting to the means and timing of service of this order on each defendant.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
       New York, New York