UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PACIFIC MARKET INTERNATIONAL, LLC AND PMI WW BRANDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 26-cv-03470-PAE |

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of PACIFIC MARKET INTERNATIONAL, LLC ("PMI") and PMI WW BRANDS, LLC ("WW Brands") (together, "Plaintiffs"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the [Proposed] Preliminary Injunction Order attached hereto (collectively, "Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "Defendant User Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court having found that Plaintiffs meet the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically,

1

Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiffs' products ("Counterfeit Products") bearing, using, or infringing upon Plaintiffs' trademarks, which include but are not limited to those covered by U.S. Trademark Registration Nos. 643,096; 4,640,026; 5,846,339; and 7,405,350 ( "Plaintiffs' Trademarks"), and/or embodying the designs depicted in Plaintiffs' design patents, which include but are not limited to those covered by U.S. Patent Nos. US D805,838 S and US D1,092,146 S ("Plaintiffs' Patents", together with Plaintiffs' Trademarks, "Plaintiffs' IP").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiffs have a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm, if the injunction is not granted including for example:

1.  Through the Declarations of Shanna A. Lehrman and Christopher Tom and accompanying evidence, Plaintiffs have proven a *prima facie* case of trademark infringement because (1) Plaintiffs' Trademarks are registered with the U.S. Patent and Trademark Office and Plaintiff PMI hold all rights, title, and interest in and to Plaintiffs' Trademarks; (2) Plaintiffs develop, market, and sell products using Plaintiffs' Trademarks; (3) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the marks covered by Plaintiffs' Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiffs' products or would be confused by Defendants' use of Plaintiffs' Trademarks; and (5) Defendants are not

licensed or authorized to use Plaintiffs' Trademarks and none of the Defendants is an authorized retailer of genuine versions of Plaintiffs' products.

2. Through the Declarations of Shanna A. Lehrman and Christopher Tom and accompanying evidence, Plaintiffs have proven a *prima facie* case of design patent infringement because (1) Plaintiffs' Patents were granted by the U.S. Patent and Trademark Office and Plaintiff PMI hold all rights, title, and interest in and to Plaintiffs' Patents; (2) Plaintiffs develop, market, and sell products using Plaintiffs' Patents; (3) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the marks covered by Plaintiffs' Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiffs' products or would be confused by Defendants' use of Plaintiffs' Patents; and (5) Defendants are not licensed or authorized to use Plaintiffs' Patents and none of the Defendants is an authorized retailer of genuine versions of Plaintiffs' products.

3. Defendants' continued and unauthorized use of Plaintiffs' IP irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales.

4. Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law.

5. The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on May 1, 2026 [Dkt. No. 23] and later extended on May

14, 2026 [Dkt. No. 24] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this ___27th___ day of ___May___, 2026, this Court ORDERS the following:

1.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from

    a.    Using Plaintiffs' Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

    b.    Passing off, inducing, or enabling others to sell or pass off any product as a genuine version of Plaintiffs' products that is not, in fact, a genuine version of Plaintiffs' products and/or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale using Plaintiffs' Trademarks;

    c.    Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d.    Further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill;

e. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear Plaintiffs' Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

f. Using the designs embodied in Plaintiffs' Patents or any colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

g. Passing off, inducing, or enabling others to sell or pass off any product as a genuine version of Plaintiffs' Products that is not, in fact, a genuine version of Plaintiffs' products and/or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale using Plaintiffs' Patents;

h. Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

i. Further infringing Plaintiffs' Patents and damaging Plaintiffs' goodwill; and

j. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in

any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which uses the design(s) embodied in Plaintiffs' Patents or any colorable imitations thereof.

2.      Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including by way of example, all Alibaba, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Temu, Walmart, Wise/TransferWise, Wish, and World First accounts; and (d) the steps taken by each Defendant to comply with paragraph 1, a through j, above

3.      Within five (5) days of receipt of this Order, Alibaba, DHgate, eBay, Shein, Walmart, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account are directed to disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of counterfeit and infringing goods using Plaintiffs' IP.

4.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any Defendant User Account, including, without limitation, any online marketplace platforms such as Alibaba, Amazon, DHgate eBay, Etsy, Redbubble, Shein, Temu, Walmart, Wish, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon,

6

Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to

a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

c. Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful,

7

PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Temu, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.    Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    Alibaba, DHgate, eBay, Shein, Temu, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites

    a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Alibaba, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the Defendants listed in Schedule A to this order; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any Defendant User Account, shall within five (5) business days of receipt of this Order:

    a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the Defendants listed in the Schedule A to this Order; and

    b.  Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.     Plaintiffs may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.     Plaintiffs' Schedule A to the Complaint, Exhibit 1 to the Declaration of Hou Yingchun, and Exhibit 3 to the Declaration of Christopher Tom shall become unsealed.

10.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

11.    The five thousand dollars ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated:    May 27, 2026

Paul A. Engelmayer
HONORABLE PAUL A. ENGELMAYER
United States District Judge

## SCHEDULE A TO [PROPOSED] PRELIMINARY INJUNCTION ORDER

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 1 | Guangzhou Honghao Technology Co., Ltd. | https://honghaotoy.en.alibaba.com/contactinfo.html |
| 2 | Lu'an Huiyue International Trade Co., Ltd. | https://ahhuiyue.en.alibaba.com/search/product?SearchText |
| 3 | Zhejiang Hongfan Industry&Trade Co., Ltd. | https://hongfan.en.alibaba.com/contactinfo.html |
| 4 | changkuku | https://www.dhgate.com/store/about-us/21635265.html |
| 5 | homedkeep | https://www.dhgate.com/store/about-us/21872513.html |
| 6 | jiangzeming | https://www.dhgate.com/store/about-us/21564110.html |
| 7 | mucho | https://www.dhgate.com/store/about-us/21635141.html |
| 8 | divinekart | https://www.ebay.com/usr/divinekart?_tab=about |
| 9 | ecomm_connect_uk | https://www.ebay.com/usr/ecomm_connect_uk?_tab=about |
| 10 | GoodLifen | https://www.ebay.com/str/goodlifen |
| 11 | qtgyewdoo | https://www.ebay.com/usr/qtgyewdoo |
| 12 | s-mart-001 | https://www.ebay.com/usr/s-mart-001?_tab=about |
| 13 | ABCDEFSB | https://us.shein.com/store/home?store_code=7300158837 |
| 14 | American water cup wholesaler 6 stores | https://us.shein.com/store/home?store_code=5491388512 |
| 15 | Athens Boutique | https://us.shein.com/store/home?store_code=7009914470 |
| 16 | B.E.S.T | https://us.shein.com/store/home?store_code=5165169618 |
| 17 | Beiai Marketplace | https://us.shein.com/store/home?store_code=4087805516 |
| 18 | bin778899 | https://us.shein.com/store/home?store_code=5383544559 |
| 19 | Bost Cinema | https://us.shein.com/store/home?store_code=5862739907 |
| 20 | Bull Strongman | https://us.shein.com/store/home?store_code=4219383762 |
| 21 | BUZHIWEN | https://us.shein.com/store/home?store_code=4598487700 |
| 22 | Civic Business | https://us.shein.com/store/home?store_code=2761954331 |
| 23 | El Theater | https://us.shein.com/store/home?store_code=1724365453 |
| 24 | esfcas | https://us.shein.com/store/home?store_code=1640173636 |
| 25 | ETYSGSGRTE SHOP | https://us.shein.com/store/home?store_code=3804792412 |
| 26 | Fansphere | https://us.shein.com/store/home?store_code=7954012139 |
| 27 | Feiping | https://us.shein.com/store/home?store_code=6936662070 |
| 28 | For My Guest | https://us.shein.com/store/home?store_code=5047919988 |
| 29 | For You Want | https://us.shein.com/store/home?store_code=4597332233 |
| 30 | ggdhnbzdegtnhsz | https://us.shein.com/store/home?store_code=8659443973 |
| 31 | GZ KLD stickers | https://us.shein.com/store/home?store_code=2254321890 |
| 32 | Hongjunzi | https://us.shein.com/store/home?store_code=7249086196 |

11

| DOE No. | Defendant Seller | Defendant Marketplace |
|---------|------------------|----------------------|
| 33 | Huang Ming Xu | https://us.shein.com/store/home?store_code=3518197354 |
| 34 | Incomtins | https://us.shein.com/store/home?store_code=5216938899 |
| 35 | infinitetech | https://us.shein.com/store/home?store_code=9092650826 |
| | | |
| 37 | JOHNATHAN WALTON | https://us.shein.com/store/home?store_code=7214158562 |
| 38 | JS0098 | https://us.shein.com/store/home?store_code=9331849457 |
| 39 | KkziziShop | https://us.shein.com/store/home?store_code=4771149118 |
| 40 | lairuiming | https://us.shein.com/store/home?store_code=2635784385 |
| 41 | Magic Capsules | https://us.shein.com/store/home?store_code=6307846776 |
| 42 | MAREE KEVEN | https://us.shein.com/store/home?store_code=6736098566 |
| 43 | MCOKTAN | https://us.shein.com/store/home?store_code=2453316283 |
| 44 | MUTIANCup collection shop | https://us.shein.com/store/home?store_code=6785978148 |
| 45 | NiceForALL | https://us.shein.com/store/home?store_code=6041667139 |
| 46 | NNiu888 | https://us.shein.com/store/home?store_code=2859265521 |
| 47 | PONGDT | https://us.shein.com/store/home?store_code=9195994800 |
| 48 | Prosperity Bar | https://us.shein.com/store/home?store_code=2272796492 |
| 49 | QGBHTY | https://us.shein.com/store/home?store_code=5168961456 |
| 50 | RAMIREZ | https://us.shein.com/store/home?store_code=6904609541 |
| 51 | RUIQI24 | https://us.shein.com/store/home?store_code=4207499985 |
| 52 | SAYERS | https://us.shein.com/store/home?store_code=6681559312 |
| 53 | SGSDGDGS | https://us.shein.com/store/home?store_code=7095174490 |
| 54 | Shengmanq | https://us.shein.com/store/home?store_code=6680846225 |
| 55 | SOOOOO CUTE | https://us.shein.com/store/home?store_code=1456164613 |
| 56 | topluxury | https://us.shein.com/store/home?store_code=6177664574 |
| 57 | tydcfyfcv | https://us.shein.com/store/home?store_code=6092134882 |
| 58 | uyttgdffg | https://us.shein.com/store/home?store_code=9480673211 |
| 59 | VHGJHG | https://us.shein.com/store/home?store_code=2869726815 |
| 60 | Water container | https://us.shein.com/store/home?store_code=7128132315 |
| 61 | xiaoqin' store | https://us.shein.com/store/home?store_code=4307850971 |
| 62 | YingZhiJian | https://us.shein.com/store/home?store_code=6320791548 |
| 63 | younim | https://us.shein.com/store/home?store_code=6051737060 |
| 64 | Yran Marketplace | https://us.shein.com/store/home?store_code=6518881910 |
| 65 | zhanrikuidedian | https://us.shein.com/store/home?store_code=9314661866 |
| 66 | Kind Cup | https://www.temu.com/mall.html?mall_id=634418228200576 |
| 67 | OWH HZCNMY | https://www.temu.com/mall.html?mall_id=634418226987377 |
| 68 | Pzhongshop | https://www.temu.com/mall.html?mall_id=634418227340616 |