UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PACIFIC MARKET INTERNATIONAL, LLC *et al.*,<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                              Defendants. | 26 Civ. 3470 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court entered a preliminary injunction in the above-captioned case.

The Court scheduled a next conference in the matter for June 25, 2026 at 10:00 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Plaintiffs' counsel represented that following such a conference it anticipated moving for default judgment as to any defendant who has not responded to the complaint or otherwise appeared in this action.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 27, 2026
       New York, New York

1