UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC MARKET INTERNATIONAL, LLC *et al.*,

                                    Plaintiffs,

                    -v-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

                                    Defendants.

---

26 Civ. 3470 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court directs plaintiffs

to provide a status update in the above-captioned case on July 23, 2026.   This update should

address the status of the 67 remaining defendants, and plaintiffs' view, if any, as to pursuing

default judgment.  The Court shall, thereafter, issue an order as to next steps in the case.

        SO ORDERED.

                                    *Paul A. Engelmayer*
                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated: June 25, 2026
        New York, New York